IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BROADCAST MUSIC, INC., et al,

      Plaintiffs,

v.

HIPPOCRATES DELIGIANNIS, ANNA'S BAR-B-Q PIT, LTD., d/b/a BAR-B-Q PIT, and ANNA DELIGIANNIS,

      Defendants.

CIVIL ACTION
NO. 14-2045

## ORDER

**AND NOW**, this   30th   day of March, 2016, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion for Summary Judgment (Docket No. 39) is **GRANTED** as to Defendant, Anna's Bar-B-Q Pit, Ltd., and Defendant, Anna Deligiannis;

2. Plaintiffs' Motion for Summary Judgment is **DENIED** as to Defendant Hippocrates Deligiannis;

3. The Motion for Summary Judgment of Defendants, Anna Deligiannis and Anna's Bar-B-Q Pit, Ltd., (Docket No. 36) is **DENIED**;

4. The Motion for Summary Judgment of Defendant, Hippocrates Deligiannis, (Docket No. 37) is **GRANTED**;

5. Judgment is entered in favor of Plaintiffs and against Defendants, Anna's Bar-B-Q Pit, Ltd., d/b/a Bar-B-Q Pit, and Anna Deligiannis, and Plaintiffs shall recover from Defendants Anna's Bar-B-Q Pit, Ltd., and Anna Deligiannis, jointly and severally, statutory damages in the amount of $6,000.00 total for the musical compositions infringed upon in this case;

2

6. Plaintiffs shall also recover from Defendants, Anna's Bar-B-Q Pit, Ltd., and Anna Deligiannis, jointly and severally, reasonable attorneys' fees and costs in the matter in the amount of $20,190.00;

7. Defendants, Anna's Bar-B-Q Pit, Ltd., and Anna Deligiannis, and their agents and employees shall be permanently enjoined and restrained from infringing upon the copyrighted musical compositions licensed by Broadcast Music, Inc.; and

8. The Clerk is directed to close this matter.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**Jeffrey L. Schmehl, J.**